```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**KEITHON E. BOGAN**                                                    PLAINTIFF

        v.        Civil No. 11-5061

**CLYDE M. HUNNICUTT**, Parole/
Probation Officer, Fayetteville,
Arkansas, et al.                                                        **DEFENDANTS**

### O R D E R

Now on this 27th day of June, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #5), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court place a **§ 1915(g)** strike flag on this case.

**IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE